UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVEN WILLIAMS,

        Defendant.

Case No. MJ09-460 BAT

**DETENTION ORDER**

Offense charged:

    Felon in Possession of a Firearm - Armed Career Criminal.

Date of Detention Hearing: September 11, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has substance abuse and mental health issues. While defendant was on state supervision he was sanctioned for failing to report and for use of methamphetamine. Defendant

DETENTION ORDER- 1

has a lengthy criminal history, and the instant offense involved the sale of a stolen firearm. Defendant appears to have been selling firearms out of the apartment he shares with his mother, fiancée, and infant daughter. Defendant faces a statutorily mandated minimum sentence of 15 years imprisonment.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 11th day of September, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge